IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD GOSZTYLA,**<br><br>Plaintiff,<br><br>v.<br><br>**AULD, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01276 EFB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT MALET'S EXTENSION OF TIME REQUEST |

**GOOD CAUSE APPEARING,** Defendant Malet's request for an extension of time to file a responsive pleading to Plaintiff's First Amended Complaint is granted. The deadline for Defendant Malet to file a responsive pleading is extended to November 27, 2023.

Dated: November 17, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE