UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA, | No. 2:22-cv-01276-KJM-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| AULD, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. He seeks a 30-day extension of time to reply to defendants' opposition to plaintiff's pending motion to compel. ECF No. 37.

    The motion for extension of time (ECF No. 37) is GRANTED. Plaintiff shall file his reply, if any, within 30 days of the date of this order.

Dated: February 29, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1