IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD GOSZTYLA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**AULD, et al.,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:22-cv-01276 EFB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING AND DISPOSITIVE MOTION |

　　　　Plaintiff Richard Gosztyla ("Plaintiff") is a state inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the *ex parte* application of Defendants N. Hla, M.D., G. Malet, D.O. and P. Auld, R.N. ("Defendants") for an extension of time to respond to Plaintiff's Second Amended Complaint ("SAC") and to extend the period of time to file a file a motion for summary judgment or other dispositive motion.

　　　　Defendants seek to extend the deadline for their responsive pleading by thirty (30) days, from August 9, 2024, to September 9, 2024. Defendants also seek to extend the deadline to file a dispositive motion by one hundred twenty (120) days from August 2, 2024, to December 2, 2024. Defendants' counsel was recently assigned to the case and needs additional time to investigate this case and familiarize himself with the relevant case materials in order to prepare a responsive pleading and dispositive motion.

Having considered the application, the Court finds good cause for the requested extensions and will grant Defendants' request.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants' *ex parte* application for an extension of time to respond to Plaintiff's SAC and file a dispositive motion is **GRANTED**;
2. The period of time for Defendants to file a responsive pleading to Plaintiff's SAC is extended by thirty (30) days, up to and including September 9, 2024; and
3. The period of time for Defendants to file a dispositive motion is extended by one hundred twenty (120) days, up to and including December 2, 2024.

**IT IS SO ORDERED**.

Dated: August 5, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING EX PARTE APP. FOR EXTENSION OF TIME (2:22-cv-01276 EFB)