UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA, | No. 2:22-cv-01276-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| AULD, et al., | |
| Defendants. | |

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 12, 2025 (ECF No. 60) are adopted in full;
2. Plaintiff's claim against "CCHCS IGHCPHP," construed as a claim against California Correctional Health Care Services, is dismissed without leave to amend; and
3. The matter is referred back to the assigned magistrate judge for further proceedings.

DATED: July 7, 2025.

UNITED STATES DISTRICT JUDGE